Dated: 10/8/2019

Withdrawn.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re: **JOSEPH DESANTIS,**     )
          Debtor     )

**CASE NUMBER: 19-13222-MSH**
**CHAPTER 13**

## DEBTOR'S MOTION TO AMEND VOLUNTARY PETITION

**NOW** comes the Debtor and, pursuant to Federal Rules of Bankruptcy Procedure, Rule 1009, hereby amends the Voluntary Petition which is filed herewith. In support hereof, the Debtor submits that the case is not closed, and that the amendment is necessary to correct an error contained in the original filing.

Dated: October 8, 2019

Joseph DeSantis, Debtor
By his Attorney,

/s/ Lawrence L. Hale
Lawrence L. Hale, Esquire
BBO Number 217120
128 Main Street
Suite 7
Carver, MA 02330

Tel: (508) 866-2900