**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE:  Joseph DeSantis | ) | Case No.  19-13222-MSH |
| | ) | **Chapter 13 Proceeding** |
| Debtor | ) | **October 17, 2019** |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR**</u>
<u>**ALL NOTICES AND PLEADINGS**</u>

Andrew S. Cannella of the firm of Bendett & McHugh, P.C. hereby appears on behalf

of **U.S. Bank Trust National Association, not in its individual capacity but solely as owner**

**trustee for Legacy Mortgage Asset Trust 2018-RPL3** and requests, pursuant to Bankruptcy

Rule 2002(g), that Andrew S. Cannella  of Bendett & McHugh, P.C. receive copies of all

notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements,

proposed orders, conformed copies of orders, and any other documents or instruments filed in

the above-captioned bankruptcy proceeding.  All such documents should be served upon the

following:

**Andrew S. Cannella**
**Bendett & McHugh, P.C.**
**270 Farmington Avenue, Suite 171**
**Farmington, CT  06032**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 18th day of October, 2019.

By /s/Andrew S. Cannella
    Andrew S. Cannella
    BBO #680572
    Bendett & McHugh, P.C.
    270 Farmington Avenue, Suite 171
    Farmington, CT 06032
    Phone (860) 677-2868
    Fax (860) 409-0626
    Email: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that, on the 18th day of October, 2019, a copy of the foregoing was served to the following:

Joseph DeSantis
Debtor
303 Forest St
Marshfield, MA 02050
*Via First Class Mail*

Carolyn Bankowski-13
Trustee
*Via Electronic Notice of Filing*

Lawrence L. Hale
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

By /s/*Andrew S. Cannella*
Andrew S. Cannella
BBO #680572
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com