**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: Joseph DeSantis    ) | Case No. 19-13222-MSH |
| Debtor    ) | Chapter 13 Proceeding |
| ) | October 21, 2019 |

## OBJECTION TO CONFIRMATION OF PLAN

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2018-RPL3 (the "Creditor"), hereby objects to confirmation of the Debtor's Chapter 13 Plan dated October 11, 2019 (the "Plan"), in connection with the above referenced matter for the following reasons:

1. The Plan does not provide for payment of the Creditor's pre-petition mortgage arrearage estimated to be $31,145.09, with an estimated total debt of $300,448.69. The Creditor anticipates filing its Proof of Claim on or before the bar date of December 2, 2019.

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
BBO #680572
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 21st day of October, 2019, a copy of the foregoing was served to the following:

Joseph DeSantis
Debtor
303 Forest St
Marshfield, MA 02050
*Via First Class Mail*

Carolyn Bankowski-13, Esq.
Trustee
*Via Electronic Notice of Filing*

Lawrence L. Hale, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee

*Via Electronic Notice of Filing*

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
BBO #680572
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com