UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Joseph DeSantis,<br>             Debtor | Chapter: 13<br>Case No: 19−13222<br>Judge Melvin S. Hoffman |

# NOTICE OF RESPONSE DEADLINE
## RE: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOTICE IS HEREBY GIVEN** that an Objection to Confirmation of the Chapter **13 PLAN** was filed on **OCTOBER 21, 2019.** In accordance with MLBR Appendix 1. Rule 13−8(c), **responses to the objection are due to the Court within 14 days** after service of the objection and must be accompanied by a properly executed Certificate of Service.

If no response is filed, the Court may act on the objection without a hearing.

Date: 10/21/19                                                                                            By the Court,

                                                                                                                   Claudia Orozco
                                                                                                                   Deputy Clerk
                                                                                                                   617−748−5332

                                                                                                                                          31 − 30