## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

In Re: **JOSEPH DESANTIS**,  )  
        Debtor    )

**CASE NUMBER: 19-13222-MSH**  
**CHAPTER 13**

### DEBTOR'S OPPOSITION TO OBJECTION
### TO CONFIRMATION OF CHAPTER 13 PLAN

The Debtor, Joseph DeSantis, hereby opposes U.S. Bank Trust National Association's Objection to Confirmation of Debtor's Chapter 13 Plan dated October 21, 2019 [Doc. 30]. In support hereof, the Debtor submits the following:

1. The Creditor has not filed a proof of claim stating the total balance and any alleged arrearage.

2. The Debtor cannot appropriately respond to the Creditor's Objection unless a proof of claim is so filed.

3. The Debtor requests that a hearing on this Objection be scheduled after the Creditor files its Proof of Claim.

WHEREFORE, the Debtor requests that the Court deny the Creditor's Objection.

Dated: October 21, 2019

Joseph DeSantis, Debtor  
By his Attorney,

/s/ Lawrence L. Hale  
Lawrence L. Hale, Esquire  
BBO Number 217120  
128 Main Street  
Suite 7  
Carver, MA 02330

Tel: (508) 866-2900

## **CERTIFICATE OF SERVICE**

       I, Lawrence L. Hale, Esquire, attorney for the Debtor, state that on October 21, 2019, I electronically filed the foregoing pleading to which this is attached with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

U. S. Trustee's Office
Carolyn A. Bankowski, Chapter 13 Trustee
Andrew S. Cannella, Esquire, Esquire, counsel for U.S. Bank Trust National Association

I certify that I have mailed by first class mail, postage pre-paid, the documents electronically filed with the Court on the following non-CM/ECF participant.

Joseph DeSantis
303 Forest Street
Marshfield, MA 02050

                                                    /s/ Lawrence L. Hale
                                                    Lawrence L. Hale, Esquire