United States Bankruptcy Court
District of Massachusetts

In re:  
Joseph DeSantis  
     Debtor

Case No. 19-13222-msh  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: corozco | Page 1 of 1 | Date Rcvd: Oct 21, 2019 |
|---|---|---|---|
| | Form ID: mshconfr | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.
db      +Joseph DeSantis,    303 Forest St,    Marshfield, MA 02050-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:

     Andrew Cannella    on behalf of Creditor    U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2018-RPL3    bkecf@bmpc-law.com
     Carolyn Bankowski-13-12    13trustee@ch13boston.com
     John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
     Lawrence L. Hale    on behalf of Debtor Joseph DeSantis    lhale@halelaw.net, g12563@notify.cincompass.com

                                                                                         TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Joseph DeSantis,<br>          Debtor | Chapter: 13<br>Case No: 19−13222<br>Judge Melvin S. Hoffman |

**NOTICE OF RESPONSE DEADLINE**
**RE: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

**NOTICE IS HEREBY GIVEN** that an Objection to Confirmation of the Chapter **13 PLAN** was filed on **OCTOBER 21, 2019.** In accordance with MLBR Appendix 1. Rule 13−8(c), **responses to the objection are due to the Court within 14 days** after service of the objection and must be accompanied by a properly executed Certificate of Service.

If no response is filed, the Court may act on the objection without a hearing.

Date: 10/21/19

By the Court,

Claudia Orozco
Deputy Clerk
617−748−5332

31 − 30